# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom  
Probation Officer: Laura Ansart  

Date: September 9, 2013

Criminal Action No. 13-cr-00048-MSK

*Parties*:                                       *Counsel*:

UNITED STATES OF AMERICA,       James Candaleria

        Plaintiff,

v.

BRIAN K. SHOULTS,                   Brian Leedy

        Defendant.

---

## SENTENCING MINUTES
_____

**1:31 p.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on May 29, 2013. Defendant pled guilty to Counts 124-127 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

Defendant orally moves to withdraw Motion for Non-Guideline Sentence (**Doc. #25**). The Government has no objection.

**ORDER:**     Motion for Non-Guideline Sentence (**Doc. #25**) is **WITHDRAWN**.

The parties **do not** dispute the facts contained in the presentence report.

The Government **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument.

**Witness sworn for the Government : Ronald Curtis :**  
**1:49 p.m.**     Direct Examination by Mr. Candelaria.

Cross examination of witness by Mr. Leedy.

Re-direct examination of witness by Mr. Candelaria.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 14 days of the date of designation to such facility .

**2:55 p.m.** **Court in recess.**

Total Time: 1 hour 24 minutes.
Hearing concluded.